160 A.3d 792

**JP MORGAN CHASE BANK, N.A., Respondent**

v.

**Francis X. MURRAY, Petitioner**

**No. 429 MAL 2016**

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW,** this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justices Wecht and Mundy did not participate in the consideration or decision of this matter.